## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JAMES G. JONES, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TAYLOR COUNTY HOSPITAL DISTRICT HEALTH FACILITES CORPORATION, d/b/a TAYLOR REGIONAL HOSPITAL<br><br>        Defendant. | Case No.: 1:22CV-169-GNS |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(A)(1)(A)(i)

Plaintiff James G. Jones ("Plaintiff"), individually and on behalf of all others similarly situated, through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notices the dismissal of his putative Class Action Complaint against Defendant Taylor County Hospital District Health Facilities Corporation, d/b/a Taylor Regional Hospital, without prejudice as to all claims.

Dismissal is proper under Rule 41(a)(1)(A)(i), as Defendant has not served its answer or a motion for summary judgment in this action.

Dated:  January 19, 2023

Respectfully submitted,

*/s/ John C. Whitfield*
John C. Whitfield, Esq. (KY Bar #76410)
Milberg Coleman Bryson Phillips Grossman, PLLC
19 North Main Street
Madisonville, KY  42431
Tel:  (270) 821-0656 / Fax:  (270) 825-1163
Email:  jwhitfield@milberg.com

*Attorney for Plaintiff and The Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 19, 2023 the foregoing Notice was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John C. Whitfield*
John C. Whitfield, Esq.

***Attorney for Plaintiff and The Putative Class***